Exhibit 1

E-FILED
Wednesday, 27 July, 2022  12:33:44 PM
Clerk, U.S. District Court, ILCD

# Maywood Police Department

**Phone:**
**Fax:**                                                    Maywood, IL

10/14/2021 14:0                    **Incident Report**                    **Page: 1**

## Incident Report

### Report: 21-15476

| | | | |
|---|---|---|---|
| Report #: | 21-15476 | City: | Mayw1 - Maywood |
| CAD Event Type: | Aggravated Battery | State: | IL - ILLINOIS |
| RMS Event Type: | Aggravated Battery | Zip: | 60153 |
| No Report Required: | No | AssignedTo: | dherrera - Herrera, Donna |
| Report Date: | 08/24/2021 21:38:45 | Workflow Status: | CLOSED - |
| Name: | T-MOBILE USA | Last Modified Date/Time: | 08/25/2021 09:55:22 |
| Address: | 1206B W Orchard Avenue | Last Modified Login Name: | jpezdek |

**Narrative:**

In summary, not verbatim on 24 August 2021 at approximate 2138 hours R/O(Herrera #324) and all Maywood Units were dispatched to ▨▨▨▨▨▨▨ in reference to a gun shot victim. R/O arrived on scene and was let in through the front gate which was locked with a metal chain and metal lock by a b/f, now known as witness ▨▨▨▨▨▨. Witness/▨▨▨ directed R/O to the bedroom (south-side). R/O observed victim (Onasus Lloyd) laying on the bed with his head facing south-east and his legs facing north-west. R/O also observed victim/Lloyd had no shirt on and his red stained (suspect blood) gray jogger pants were folded past his knees. R/O observed two gun shot wounds on his upper thigh (right leg). A/O#1 (Shemitraku #315), A/O#2 (Smith #309), A/O#3(Saraceno #289), A/O#4 (Hawkins #310), A/O#5 (Fuqua #323) and R/S (Escamilla #277) arrived on scene. MFD #500 and #501 arrived on scene at approximatw 2140 hours.

Victim/Lloyd informed R/O he went to the front door of above residence to "take a smoke" and when he stepped outside was shot at multiple times by an unknown subject(s). Victim/Lloyd also informed R/O he quickly ran into his residence and told ▨▨▨▨▨▨▨ he had been shot.

At approximate 2152 hours MFD #500 transported victim/Lloyd to Loyola Medical Center.

▨▨▨▨▨ stated ▨▨▨▨▨▨ victim/Lloyd were in the living room listening to music and watching T.V. and victim/Lloyd received a call on his cellphone by an unknown male subject named "Mike" asking "you got some weed" from telephone number ▨▨▨▨▨▨ also stated victim/Lloyd replied back saying, "I don't know anyone by the name "Mike"" and hung up the call. ▨▨▨▨▨ a few minutes later heard their dogs begin to bark very loudly and victim/Lloyd got up from the couch and went to the front door. ▨▨▨▨▨ observed victim/Lloyd go outside the front door and heard approximate ten shots and victim/Lloyd came running back inside into the bedroom yelling "I've been shot".

Victim/Lloyd and ▨▨▨▨▨▨ were unable to provide R/O with any further information on unknown suspect(s) or any vehicle information.

# Maywood Police Department

R/S called Lt. Diaz at approximate 2150 hours and per Lt. Diaz all evidence on scene was collected and taken to the Maywood PD Station to be inventoried. The following was collected:

One shell casing (40 S&W CBC, located at front entry way of residence)
Two spent shell casings (9mm LUGER FC, on the sidewalk)
Fifteen total spent shell casings (5x, four 45 AUTO GECO & one, 45 AUTO S&B); (10x, seven 9mm LUGER BLAZER, two 9mm LUGER FC, one 9mm LUGER WIN)
Total of $9.90 USC (1x $5.00, 3x $1.00, 7x 0.25 quarters, 1x $0.10 dime, 1x $0.05 nickel)

Residence▮▮▮▮▮▮▮▮▮▮▮
One stray bullet struck back door (East-side door)
Owner▮▮▮▮▮▮▮

▮▮▮▮ informed R/S he did not wish to have a report done at this time.

Nothing further at this time.

## Personnel

| | | | |
|---|---|---|---|
| Personnel: | 324 - Herrera, Donna | First Name: | Donna |
| Type: | Assigned | AgencyId: | Maywood Police Department |
| Badge #: | 324 | LogonId: | dherrera |
| Last Name: | Herrera | | |
| Personnel: | 314 - Shemitraku, Ilir | First Name: | Ilir |
| Type: | Assisting Officer | AgencyId: | Maywood Police Department |
| Badge #: | 314 | LogonId: | ishemitraku |
| Last Name: | Shemitraku | | |
| Personnel: | 309 - Smith, Jason | First Name: | Jason |
| Type: | Assisting Officer | AgencyId: | Maywood Police Department |
| Badge #: | 309 | LogonId: | jsmith |
| Last Name: | Smith | | |
| Personnel: | 289 - Saraceno, Anthony | First Name: | Anthony |
| Type: | Assisting Officer | AgencyId: | Maywood Police Department |
| Badge #: | 289 | LogonId: | asaraceno |
| Last Name: | Saraceno | | |
| Personnel: | 310 - Hawkins, Brandon | First Name: | Brandon |
| Type: | Assisting Officer | AgencyId: | Maywood Police Department |

# Maywood Police Department

**Phone:**
**Fax:** Maywood, IL

| | | | |
|---|---|---|---|
| Badge #: | 310 | LogonId: | bhawkins |
| Last Name: | Hawkins | | |
| | | | |
| Personnel: | 323 - Fuqua, Christopher | First Name: | Christopher |
| Type: | Assisting Officer | AgencyId: | Maywood Police Department |
| Badge #: | 323 | LogonId: | cfuqua |
| Last Name: | Fuqua | | |
| | | | |
| Personnel: | 277 - Escamilla, Joseph | First Name: | Joseph |
| Type: | Assisting Officer | AgencyId: | Maywood Police Department |
| Badge #: | 277 | LogonId: | jescamilla |
| Last Name: | Escamilla | | |

## Offense

### Assault

| | | | |
|---|---|---|---|
| Offense Code: | Assault | Forceable Entry: | No |
| # Of Premises Entered: | 0 | Abandoned: | No |
| Offenders: | | | |
| Lloyd | | | |

## People

### Lloyd, Onasus - Victim

| | | | |
|---|---|---|---|
| Type: | Victim | Age: | 38 |
| LName: | Lloyd | AgeCode: | YY |
| FName: | Onasus | Age To: | 0 |
| Address: | 1206 Orchard Avenue | Sex: | M - Male |
| Apartment: | B | Race: | B - Black |
| City: | Maywood | Phone: | 708-518-5039 |
| State: | IL - ILLINOIS | IsJuvenile: | No |
| Zip: | 60153 | Last Modified Date/Time: | 08/25/2021 05:35:55 |
| DOB: | 10/03/1982 | Last Modified Login Name: | dherrera |

 **- Witness**



| | | | |
|---|---|---|---|
| Type: | Witness | AgeCode: | |
| LName: | | Age To: | |
| FName: | | Sex: | |
| Middle: | | Race: | |
| Address: | | Phone: | |
| Apartment: | | IsJuvenile: | No |
| City: | | Created By: | dherrera |

# Maywood Police Department

| | | | |
|---|---|---|---|
| State: | IL - ILLINOIS | Created Date: | 08/25/2021 |
| Zip: | | Last Modified Date/Time: | 08/25/2021 05:36:19 |
| DOB: | | Last Modified Login Name: | dherrera |
| Age: | | | |

## Images

| | |
|---|---|
| Name: | IMG_5349.jpg |

Exhibit 2

On August 28 I went by
my son house. to tell him that
his son had fall off the dirt bike
when I got to his house and
his Dad gat in the care in the
car his son has walk up push the
dirt bike and his Dad gat out
the car and I toald him I
was going to get me some
Coffie. I Ill be back. and
when I pull in to the gas
station. his son was runing
and he said mom my Dad was
Shot. I gave him my phone
and said call the police.
and I hear police car
going to his house and I
Left the gas station totent
went back to his house
and they had put up yellow
ribbon and I Park my car
and gat out a run to the
his house and I seen my
son on the ground on his

head was a gun shot in frent of his head and shot all over his body. police was standing and talk and laughing. I don't fill like they did care. I have a so much to say but it hurt to talk about my son It just bring me in tears.

Nettie L Johnson

and it aint a day go by I think about it a part my son it just took apart of me away.

X Nettie L Johnson

State of __IL__
County of __COOK__
Signed & attested before me on __07·12·2022__
By: __Nettie L Johnson__
Who signed in front of the Notary
Notary: _____

LEONARDO LOERA
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
March 11, 2025

Oliver Lloyd

To

I was sitting in My car
waiting on the mailman Talking
to my mother when all of a
sudden my Nephew ran op to
her and said they shot my Dad
I ~~eme~~ started my car speeded
to his house because I was
3 blocks away from him I
almost Reaked my car I get
there Ran over to my brother
Me and My mother only to
I see my brother lying on
the ground with gun shot wounds
to the head arm Leg and Etc
My mom fainted the police
pulled up and they Really
didn't Care about nothing I really
can't get in all the Details
writing but if you need me to
I can Explain it bette on the
phone or in person thank you

I was riding the dirt
bike in I had fell off
but my granny picked my
dad up so he can help me
when she picked him up
me him and my cousin
pushed the bike to the
house when we got
thereAChrsyster 300 pulled up
it was gray with tinted
windows It was two people
in the car one got out in
shot my dad so I had
ran to the gas station
Because my grany was
still out getting gas in
my cousin ran another
way

onasus Lloyd

We was walking up the driveway then I seen a car pull up with the window down and a gun sticking out. We all started running after we heard the 1st shot go off. Onesus was in front of me running and fell from being shot. I kept ~~running~~ running straight then turned left and ran behind a gas station. Then I heard sirens and seen my uncle running in SG. I ~~came came~~ came from behind the gas station when I walk ~~back~~ around I was in fear for my life. I see my grandma passed out and my uncle holding her. I seen the ambulance picking Onesus out of the ground and putting him on a stretcher. Then the ambulance grabbed me because I was shot in my ~~leg~~ right side and took me to the hospital.

We = My cousin Onesus, My uncle Onesus

Desmon Staple

To whoever might be concerned,

This is a statement describing Onasus Lloyd killed on August 28 2021 at 1200 block of Orchard Ave in Maywood Illinois.

I have known Onasus for over 5 years. He has never let me down neither like friend nor like customer at my mechanic shop. In his last year of his life I used to be his landlord too. He was this kind of a person that would always give you a hand in a hard times, loved his mother and all his children. He was trying to learn more and more so can do better in life. Him and his younger brother were creating music and performing as well. All he has been searching in his life is to be seen as "capable" person. He was not just freelancing on the streets or creating troubles, therefore what I have seen is most people were trying to claim him a (gang banger) like most of the young people in Maywood. I have been giving him moments to prove himself in the shop with some car challenges because he loved old school vehicles and was trying to improve them on his own. I have been giving him life challenges and there was not a single time he has ever fail. Sometimes Onasus could have been "loud" therefore he had a big heart to give a piece to every human been in this World. He did not deserve the way he was killed therefore he deserve justice.

Statement written by: Petar Donev

Signature:

Exhibit 3

# Maywood Police Department

Phone:
Fax:

**Maywood, IL**

**Incident Report**                    **Page: 1**

## Incident Report

### Report: 21-15759

| | | | |
|---|---|---|---|
| Report #: | 21-15759 | City: | Mayw1 - Maywood |
| CAD Event Type: | Homicide-First Degree Murder | State: | IL - ILLINOIS |
| RMS Event Type: | Homicide-First Degree Murder | Zip: | 60153 |
| No Report Required: | No | AssignedTo: | bdaniels - Daniels, Brian |
| Report Date: | 08/28/2021 16:58:53 | Workflow Status: | INV_Pend - Submitted to Investigations |
| Name: | SPRINT | Last Modified Date/Time: | 08/29/2021 17:25:30 |
| Address: | ▮▮▮▮▮ | Last Modified Login Name: | rochoa |

Narrative:

In summary, R/O was dispatched to the above mentioned location in reference to a call of a person shot. Upon arrival, R/O was informed by unknown citizens that a silver or gray colored sedan parked in front of ▮▮▮▮▮▮▮▮▮ e. R/O was informed that multiple subjects exited the vehicle and started shooting. R/O was then advised that the offender(s) were (2) m/b subjects wearing masks and black hooded sweatshirts and left in a gray or silver vehicle (possible Chrysler 300). R/O was informed that the victim later identified as Onassus LLoyd (DOB 10/03/1982) was struck multiple times throughout his person. R/O was informed that Onassus collapsed in front of ▮▮▮▮▮▮▮▮ Avenue. R/O was also informed that Onassus LLoyd Jr was also a victim and targeted by the gunfire from the offenders(s). Onassus LLoyd was transported to Loyola Hospital by the Maywood Fire Department. Onassus LLoyd was seen by nurse Deb and was also seen by Dr. Pham who pronounced his time of death at 1715 hours. The Cook County medical examiner's office was contacted at 1932 hours. Cook County Investigator Depew #41 was contacted and gave M.E. report number 2021-080-22. The Illinois State Police Evidence Technicians were notified at 1723 hours. State Police Evidence Technician Sgt Garcia #5786 arrived at 1832 hours to process the scene. R/O received and was later inventoried (1) Fired cartridge case 9mm, (53) Fired cartridge cases .40 caliber, (4) fired projectiles, (1) live S & W round .40 caliber, (1) bag containing swabs of red blood-like stains, and (1) disc containing photos of the crime scene. R/O was informed that there was possible footage CCTV footage of the incident.

Call dispatched time: 1658 hours
Officer Fuqua #323 arrival time: 1700 hours
Officer Powell #268 arrival time 1703 hours
R/O's #300 arrival time: 1703 hours
Detective Shemittraku #314 arrival: 1705 hours
Detective Smith #309 arrival: 1705 hours
Maywood Fire Department contacted:1703
Maywood Fire Department arrival: 1704
Maywood Fire Department arrival a Loyola Hospital: 1710 hours
Detective Reilly #305 notified: 1717 hours

Officer Earley #320 arrival: 1758
Sgt Ochoa arrival: 1530 hours
Detective Reilly #305 arrival: 1815 hours
Time of Death / DR Pham / Nurse Deb: 1715 hours
Medical Examiner contacted 2x: 1722 hours & 1732 hours / M. E. Depew #41 / report#2021-080-22
State Police Evidence Technician notified: 1723 hours
State Police Evidence Technician (Sgt. Garcia #5786) arrival: 1832 hours
Lt. Diaz #227 arrival: 1842 hours
Officer Saraceno #289 arrival: 1848 hours

## Personnel

| | | | |
|---|---|---|---|
| Personnel: | 300 - Daniels, Brian | First Name: | Brian |
| Type: | Assigned | AgencyId: | 0 |
| Badge #: | 300 | LogonId: | bdaniels |
| Last Name: | Daniels | | |

| | | | |
|---|---|---|---|
| Personnel: | 268 - Powell, Terrence | First Name: | Terrence |
| Type: | Assisting Officer | AgencyId: | Maywood Police Department |
| Badge #: | 268 | LogonId: | tpowell |
| Last Name: | Powell | | |

| | | | |
|---|---|---|---|
| Personnel: | 323 - Fuqua, Christopher | First Name: | Christopher |
| Type: | Assisting Officer | AgencyId: | Maywood Police Department |
| Badge #: | 323 | LogonId: | cfuqua |
| Last Name: | Fuqua | | |

## Offense

### Murder

| | | | |
|---|---|---|---|
| Offense Code: | Murder | Forceable Entry: | No |
| # Of Premises Entered: | 0 | Abandoned: | No |

## Vehicle

**▮▮▮▮▮ HYUN - Hyundai Elantra**

| | | | |
|---|---|---|---|
| VIN: | 5NPD74LF1LH525497 | YearMade: | 2020 |
| PlateNo: | ▮▮▮ | Doors: | 0 |
| PlateState: | IL - ILLINOIS | Color: | BLK - Black |
| PlateType: | PC | OwnerLast: | ▮▮▮▮ |
| Make: | HYUN - Hyundai | OwnerFirst: | |

# Maywood Police Department

**Phone:**
**Fax:**                          Maywood, IL

Model:                Elantra

## People

### Lloyd, Onasus - Deceased

| | | | |
|---|---|---|---|
| Type: | Deceased | DOB: | 10/03/1982 |
| LName: | Lloyd | Age: | 38 |
| FName: | Onasus | AgeCode: | YY |
| Address: | 1206 Orchard | Age To: | 0 |
| City: | Maywood | Sex: | M - Male |
| State: | IL - ILLINOIS | IsJuvenile: | No |
| Zip: | 60153 | | |

### Lloyd, Onasus Jr. - Other

| | | | |
|---|---|---|---|
| Type: | Other | DOB: | 10/22/2004 |
| LName: | Lloyd | Age: | 16 |
| FName: | Onasus Jr. | AgeCode: | YY |
| Address: | 1206 W Orchard | Age To: | 0 |
| City: | Maywood | Sex: | M - Male |
| State: | IL - ILLINOIS | Race: | B - Black |
| Zip: | 60153 | IsJuvenile: | No |

## Submission Log

| | | | |
|---|---|---|---|
| LogonId: | rochoa | Date/Time: | 08/29/2021 17:25:29 |
| Status: | INV_Pend | | |
| | | | |
| LogonId: | bdaniels | Date/Time: | 08/29/2021 15:16:10 |
| Status: | SUBMIT | | |
| | | | |
| LogonId: | System | Date/Time: | 08/28/2021 20:45:00 |
| Status: | ENTERED | | |

Comments:

Initial transfer from CAD.

Exhibit 4

# Medical Examiner Investigations
# Case Report
# ME2021-08022

**Companion Case to:**

**Case Type:** Forensic Institute

**Initial Impression:** 38 y/o MGSW

## Decedent / Subject

**Deceased Name:** ONASUS LLOYD

**Deceased DOB:** 10/03/1982

**Deceased Gender / Race / Age:** Male / Black / 38 Y

**Deceased Home Address & County:**

Maywood, IL 60153
County: Cook County

**Deceased Phone:**

**Social Security:** 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

## Notification

**Date:** 08/28/2021          **Time:** 6:06:34 PM

**Name:** NURSE MCGUIRE

**Title:** RN

**Star:**

**Telephone Number:**

**Agency or Institution making notification:** LOYOLA UNIVERSITY MEDICAL CENTER

**Beat:**

**Police Report #:**

## Discovered

**Discovered by:**

**Address:**

**Phone:**

**Title:**

**Relationship:**

**Last known alive:** Unknown

**Discovered Date/Time:**

Exhibit 4

# Medical Examiner Investigations
## Case Report
## <u>ME2021-08022</u>

**CPR performed:** N/A

**Condition of body:** MGSW

### Place of Occurrence / Incident

**Address where ORIGINAL Incident occurred:** 1206 ORCHARD AVE Maywood, IL 60153

**County of Occurrence:** Cook County

**Type of Premises:** RESIDENCE

**Time of occurrence:** 5:00:00 PM

**Date:** 08/28/2021

### Identification of Deceased:

**Positive Identification:** Family

**Identification Means:** Visual-Family

**Additional ID Info:**

### Pronouncement

**Place deceased pronounced:** In hospital-ER

**Method of Pronouncement:** View

**Hospital:** LOYOLA UNIVERSITY MEDICAL CENTER

**Date and Time:** 8/28/2021 5:15:00 PM

**Pronounced by:** Dr. Pham

**Fire Department on Scene:** Maywood FD

### List of Person Interviewed

Name / Relationship or title / Address / Phone Number:

NURSE MCGUIRE                    RN

Exhibit 4

# Medical Examiner Investigations
## Case Report
## <u>ME2021-08022</u>
### <u>Next of Kin</u>

**Next of Kin Name:** NETTIE JOHNSON

**Contact Info:** 708-845-8860

**Next of Kin notified:** ☑

### <u>Narrative</u>

On 28Aug2021 at 1806 hours, Nurse McGuire of Loyola University Medical Center contacted the Forensic Institute to report the death of 38-year-old ONASUS LLOYD. LLOYD was brought into their emergency room with multiple gunshot wounds after a witnessed shooting. Loyola University Medical Center documented this incident under their medical records number 1605037. The Maywood Police Department would later notify that this incident was documented under their records number 15759. Investigator DePew of the Institute was assigned the investigation, which will be documented under Medical Examiner's case number ME2021-08022.

According to Nurse McGuire, LLOYD came into their emergency room at 1711 hours with numerous gunshot wounds to the head and chest area and was pronounced by Dr. Pham at 1715 hours. Nurse McGuire did not know specifics pertaining to motives or offenders but knew that LLOYD was shot along with his nephew, Desmon Staple, while they were at 1206 Orchard Ave, Maywood, IL 60153. She did not know whose residence that was, as it differed from LLOYD's home of record. The incident took place at about 1700 hours. Nurse McGuire reported no concerns for COVID-19. LLOYD's nephew Mr. Staple was later discharged. The Maywood Police related that as LLOYD and Desmon Staple were standing on the street, an unknown vehicle drove up to LLOYD. Several unknown offender(s) exited the vehicle, produced unknown type handguns, fired multiple shots and striking LLOYD multiple times. The unknown offender(s) fled the scene in an unknown direction.

LLOYD's remains were ordered into the Institute for examination and further investigation by a Forensic Pathologist. There was no further available information to report at the time of this writing. About 60 shell casings (.9 mm and .40 caliber) were recovered at this time. No weapons or drugs were found and no offenders are in custody.

### <u>Pertinent Information</u>

**Scene:** ☐

**RI Date/Time leaving for scene from office:**

**RI Arrival on scene - time:**

**RI Departure from scene - time:**

**RI arrival at Institute:**

**Point of contact:** NURSE MCGUIRE

# Medical Examiner Investigations
## Case Report
## <u>ME2021-08022</u>

**Temperature of Environment:** UNKNOWN

**Medications/Drugs on scene:**

| <u>Drug Name</u> | <u>Pharmacy</u> <br> <u>Physician Name</u> <br> <u>Phone No</u> | <u>Rx No</u> <br> <u>Rx Date</u> <br> <u>Dosage</u> <br> <u>Name on Bottle</u> | <u>Number Issued</u> <br> <u>Number Left</u> | <u>Note</u> |
|---|---|---|---|---|

**Photographs taken on scene:** False

## <u>Medical History</u>

**General Medical History:** UNKNOWN

**Attending Physician:** UNKNOWN

**Last Contact with physician:** Unknown

End of Report

_____        _____
**Investigator**                 **Reviewer**

**Date and Time completed:** 8/28/2021 7:03:22 PM

**OFFICE OF THE MEDICAL EXAMINER - COUNTY OF COOK**
**CLOTHING / PERSONAL EFFECTS INVENTORY**

**CASE NO.**
ME2021-08022

TRANSPORTER SIGNATURE:

AUTOPSY TECH: Jonathan Hammond
DATE: 8/28/2021 9:11:38 PM

DATE: 8/28/2021 9:16:55 PM
AGENCY: ALLIED SERVICE GROUP INC (ASG)
BADGE: 380
BEAT:

| CLOTHING | |
|---|---|
| QUANTITY / COLOR / NAME | DESCRIPTION |
| 1 Black T-Shirt | |
| 1 Multi-Colored Underpants | |

| PERSONAL EFFECTS | |
|---|---|
| QUANTITY / COLOR / NAME | DESCRIPTION |
| 1 Yellow Metal Necklace | clear stones |
| 2 Yellow Metal Ear Ring | |
| 2 Multi-Colored Ring | |

ME2021-08022  Printed: 8/28/21
ONASUS LLOYD   Path:
DOB / DOA  10/03/1982 /
Default Body Tag
CTRC210828-0045
ME2021-08022-01

ME2021 -08022

## COOK COUNTY MEDICAL EXAMINER'S OFFICE
### RELEASE RECORD

ME2021-08022   Printed: 8/28/21
ONASUS LLOYD   Path:
DOB / DOA: 10/03/1982 /
Clothing
ETRC210828-0072
ME2021-08022-01-01

Release Date and Time _Tuesday 9 September 2021 @ 5:25pm_

F.H. _Johnson_          Address _418 S. Cicero_

Name of Funeral Director (Please Print) _Fallon C Moore_

F.D. Signature _Fallon Moore_      F.D. Lic# _033.0313113_

Name of Deceased _Onasus Lloyd_

By affixing their initials below, all parties indicate that they have examined the toe tag for the decedent and that it matches with the release documents and other related materials, and that there has been compliance with all Medical Examiner policies relating to the release of remains.

**(DO NOT INITIAL BELOW UNTIL TOE TAG IS ATTACHED AND CASE NUMBER AND NAME HAS BEEN VERIFIED)**

DOD: _8/28/21_

DOB: _10/3/82_

HT: _71_

WT: _139_

F.H. _[signature]_

A.T. _[signature]_

INTAKE _____

ME2021-08022   Printed 8/28/21
ONASUS LLOYD   Path:
DOB / DOA. 10/03/1982 /
Default Body Tag
CTRC210828-0045
ME2021-08022-01

CASE# _ME2021 - 08022_

Toe Tag Attached _____

Property   1st ☒   2nd ☐

Clothing ☒   Money ☐     RELEASED BY: _[signature]_

Cubby # _____

Records Updated (?) _____

Exhibit 5

# OFFICE OF THE MEDICAL EXAMINER
## COUNTY OF COOK, ILLINOIS

### REPORT OF POSTMORTEM EXAMINATION

COOK COUNTY MEDICAL EXAMINER

THIS CERTIFIED COPY VALID OR SIGNATURE

5/9/22

**NAME** LLOYD, ONASUS                    **CASE NO.** ME2021-08022

**AGE** 38    **RACE** BLACK    **SEX** MALE        **DATE OF DEATH** AUGUST 28, 2021

**DATE EXAMINED** AUGUST 29, 2021 (7:50AM)  **EXAMINED BY** Marta A. Helenowski, MD

### EXTERNAL EXAMINATION

The body is received unclothed.  Accompanying the body is a black t-shirt and multicolored underwear.

The body is that of an adult black male, weighing 139 pounds, measuring 71 inches in length, and appearing the recorded age of 38 years.

Appropriate identification tags are present on the body.

The hair on the head is short and black.  The eyes are closed. The irides are brown.  The skeleton of the nose is intact.  The teeth are natural.  The earlobes are unremarkable.  On the neck, there are circumferential tattoos present.  On the chest, a tattoo is present.  On the abdomen, a tattoo is present.

The external genitalia are those of an adult male.

The upper extremities are symmetrical.  Numerous tattoos are present on both arms and forearms.  The fingernails are long and dirty.  The toenails are short and clean.

On the back, a tattoo is inscribed.  The buttocks are unremarkable.  The anus is atraumatic.

### EVIDENCE OF MEDICAL INTERVENTION

1.    An endotracheal tube is present in the mouth.

2.    On the right anterior thigh, two bandages are noted.

## <u>EVIDENCE OF INJURY</u>

**MULTIPLE GUNSHOT WOUNDS:**

1.  SUPERFICIAL GUNSHOT WOUND TO FOREHEAD:

On the forehead, there is a gunshot wound of entrance, located 2 inches beneath the top of the head in the midline measuring 0.25 inches with slight stellate appearance.  The wound does not penetrate the cranial cavity or brain.  Minute fragments of metal jacket and lead projectile are noted in the perimeter of the wound.  The frontal lobes of the brain appear hemorrhagic (due to impact of the bullet against the frontal bone).  There is no evidence of close range-of-fire.

2.  PERFORATING GUNSHOT WOUND TO RIGHT CHEST:

On the right side of the chest, there is a gunshot wound of entrance, located 19 inches beneath the top of the head and 3 inches to the right of the anterior midline.  The wound measures 0.25 inches with an eccentric rim of abrasion between the 10 to 2 o'clock position.  The wound involves the skin and subcutaneous tissue, the ribcage (below the 5th rib), the right lower and upper lobe of the lung, and the posterior ribcage.  On the right posterior back, there is a gunshot wound of exit, located 20 inches beneath the top of the head and 4 inches to the right of the posterior midline, where there is a lacerated gunshot wound of exit, 0.5 inch.  The wound path is front to back and slightly downward.  Examination of the gunshot wound of entrance does not reveal evidence of close range-of-fire.

3.  PERFORATING GUNSHOT WOUND TO RIGHT ARM:

On the right arm, there is a gunshot wound of entrance, located 19 inches beneath the top of the head measuring 0.4 inches with an eccentric rim of abrasion between the 4 to 6 o'clock position, 0.5 inch.  The wound involves the skin and subcutaneous tissue, the musculature of the right arm, and slightly above the gunshot wound, there is a gunshot wound of exit, located 18.5 inches beneath the top of the head, where there is a lacerated gunshot wound of exit, 0.4 inch. Examination of the gunshot wound of entrance does not reveal evidence of close range-of-fire.  The wound path is right to left and slightly upward.

4.    PERFORATING GUNSHOT WOUND TO RIGHT WRIST:

On the medial posterior right wrist, there is a gunshot wound of
entrance, located 32 inches beneath the top of the head.  The
wound measures 0.2 inches and appears circular and has a
concentric rim of abrasion, 0.2 inch.  The wound involves the
skin and subcutaneous tissue, the musculature and bones of the
right wrist (fractures are noted of the radius and ulna and an
open fracture) and two exit wounds, located 32 inches beneath
the top of the head measuring between 0.75 and 1 inch
respectively.  The wound path is left to right.  Examination of
the gunshot wound of entrance does not reveal evidence of close
range-of-fire.

5.    PENETRATING GUNSHOT WOUND TO LEFT CHEST:

On the left chest, there is a gunshot wound of entrance, located
16 inches beneath the top of the head and 8.5 inches to the left
of the anterior midline.  The wound measures 0.25 inches and
displays a concentric rim of abrasion in the 1 to 6 o'clock
position.  The wound involves the skin and subcutaneous tissue,
tunnels along the back side, and there is a lodged bullet off to
the right of the posterior midline in the midback.  The wound
path is left to right.  Examination of the gunshot wound of
entrance does not reveal evidence of close range-of-fire.

6.    PERFORATING GUNSHOT WOUND TO RIGHT THIGH:

On the right thigh, there is a gunshot wound of entrance,
located 41 inches beneath the top of the head.  The wound
measures 0.25 inches and displays an eccentric rim of abrasion
in the 1 to 4 o'clock position.  The wound involves the skin and
subcutaneous tissue, and there is an exit wound located 36
inches beneath the top of the head, lacerated, 0.4 inch.
Examination of the gunshot wound of entrance does not reveal
evidence of close range-of-fire.  The wound path is left to
right and upward.

7.    PERFORATING GUNSHOT WOUND TO RIGHT THIGH:

On the right medial thigh, there is a gunshot wound of entrance,
located 40 inches beneath the top of the head measuring 0.25
inches with a concentric rim of abrasion.

The wound involves the skin and subcutaneous tissue, and there
is an exit wound located 41 inches beneath the top of the head
measuring 0.4 inches.  The wound of exit appears lacerated.  The
wound path is left to right.  Examination of the gunshot wound
of entrance does not reveal evidence of close range-of-fire.

8.    PENETRATING GUNSHOT WOUND TO LEFT BUTTOCK:

On the left buttock, there is a gunshot wound of entrance,
located 36 inches beneath the top of the head measuring 0.25
inches with an eccentric rim of abrasion between the 6 to 9
o'clock position measuring 0.1 inch.  The wound involves the
skin and subcutaneous tissue, the musculature of the buttock,
and a lodged bullet is recovered from the left lateral flank
area.  The wound path is front to back and upward.  Examination
of the gunshot wound of entrance does not reveal evidence of
close range-of-fire.

9.    PENETRATING GUNSHOT WOUND TO LEFT BUTTOCK:

On the left buttock, there is a gunshot wound of entrance,
located 36.5 inches beneath the top of the head measuring 0.3
inches with an eccentric rim of abrasion between the 5 to 9
o'clock position.  The wound involves the skin and subcutaneous
tissue, and the musculature of the left thigh and in the left
lateral thigh, there is a metal jacketed bullet recovered.  The
wound path is downward and slightly front to back.  Examination
of the gunshot wound of entrance does not reveal evidence of
close range-of-fire.

Note: There is an associated gunshot wound of exit, located 32
inches beneath the top of the head measuring 0.5 inches.

10.   PENETRATING GUNSHOT WOUND TO RIGHT SHIN:

On the right shin, there is a gunshot wound of entrance, located
16 inches above the sole of the foot measuring 0.4 inches with
an associated laceration below, 3 inches in length.  The wound
involves the skin and subcutaneous tissue, the tibia (fracture
is noted), and deformed lead bullet fragments present in the
area are recovered.  The wound path is front to back and
downward.  Examination of the gunshot wound of entrance does not
reveal evidence of close range-of-fire.

## X-RAY EXAMINATION

Radiographs of the body are examined.  Minute fragments are present in the subcutaneous tissue of the forehead, radiopaque projectile is noted in the back, the right buttock, the left hip, and left lateral thigh.  Multiple fragments are noted in the right calf, below the knee and right thigh.

A metal rod is present in the right femur with pins (there are associated scars present on the body).

## INTERNAL EXAMINATION

**Body Cavities**:  The body is entered by a Y-shaped incision.  All organs are present in their usual anatomic positions and present their usual anatomic relationships.  Hemorrhage is noted in the right and left chest cavity; approximately 1.5 L in the right chest and 0.5 L in the left chest.

**Neck Organs**:  The anterior muscles of the neck reveal no evidence of hemorrhage.  The cartilages of the larynx and epiglottis are intact.  The hyoid bone is intact.  Examination of the tongue reveals no evidence of injury.  The thyroid gland is without special note.

**Respiratory System**:  Evidence of injury is present. The right lung weighs 246 grams (2 defects through lung are noted).  The left lung weighs 226 grams.  The lungs are diffusely congested and purple in their dependent portions.  No thromboemboli are present in the pulmonary arteries.  The trachea and bronchi contain clear secretions.  On cut section, the pulmonary parenchyma displays congestion.

**Cardiovascular System**:  The heart weighs 275 grams.  The coronary arteries pursue their usual anatomic course and are without special note.  The valves of the heart are unremarkable. On cut section, the myocardium displays no focal pathologic change.  The chambers and the valves exhibit the usual size-position relationship and are unremarkable.  The aorta appears unremarkable.

**Hepatobiliary System**:  The liver weighs 1214 grams.  The liver is pale brown and smooth with sharp margins.  On cut section, the hepatic parenchyma is light (pale) brown.  The gallbladder

and biliary tract pursue their usual anatomic course and display no evidence of pathologic change.

**Hemolymphatic System**: The spleen weighs 42 grams. The spleen is gray with a smooth capsule. On cut section, the splenic parenchyma is red to brown. No lymphadenopathy is noted.

**Gastrointestinal System**: The esophagus is without special note. The stomach contains a few milliliters of tan fluid. The duodenum, small and large intestine are without special note. The appendix is present.

**Genitourinary System**: The right kidney weighs 138 grams. The left kidney weighs 147 grams. The renal capsules strip with ease. The external surfaces of the kidneys are red to brown and smooth. On cut section, the renal parenchyma is red to brown. The renal pelves, ureters, and urinary bladder are without special note.

**Endocrine System**: The pancreas and adrenal glands are without special note.

**Musculoskeletal System**: Evidence of injury is present.

**Central Nervous System**: The scalp displays evidence of injury. On reflecting the scalp, there is subgaleal hemorrhage in the frontal area of skull. The skull is intact. On entering the cranial cavity, there is intracranial hemorrhage at the site of gunshot impact; frontal lobes (subarachnoid hemorrhage). The leptomeninges are without special note. The brain weighs 1430 grams. Serial sections of the brain reveal no focal areas of pathologic change. Fluid blood is noted in the dural sinuses. The vessels at the base of the brain are without special note.

### SPECIMENS

1.  Samples of vitreous, central blood, cavity blood, and urine are submitted to the toxicology laboratory.

2.  A blood card is retained.

3.  Tissue samples are retained in a stock container.

4.  Evidence Inventory: DNA card, buccal swabs, projectiles and fragments of projectiles retained from the body and

clothing as well as selected articles of clothing are submitted to a representative of Chicago Police Department.

## PATHOLOGIC DIAGNOSES

1.   Multiple gunshot wounds (refer to autopsy report).

2.   Toxicology results (refer to toxicology report).

## OPINION

The death of this 38-year-old black male, ONASUS LLOYD, is due to multiple gunshot wounds.

**MANNER OF DEATH**:   Homicide

*Marta A. Helenowski, M.D*

Marta A. Helenowski, MD
Assistant Medical Examiner

4/4/2022

WTT:jm
J: 369252
D: 09/03/21@13:59
T: 09/04/21@21:24

Exhibit

# OFFICE OF THE MEDICAL EXAMINER
## COUNTY OF COOK, ILLINOIS

NAME  LLOYD, ONASUS

CASE # ME2021-08022

LIVOR

RIGOR

WEARING

ACCOMPANYING

RADIOGRAPHS
H/N

C

A/P

UE

LE

AGE  38 Y   SEX  Male      RACE  Black

HT  71  in.  WT  139  lb    TECH  SHERRY, WILLIAM

DATE  8/19/2021    TIME  7:50

AUTOPSY STATION



# OFFICE OF THE MEDICAL EXAMINER
## COUNTY OF COOK, ILLINOIS

NAME  LLOYD, ONASUS

CASE # ME2021-08022

AGE  38 Y   SEX  Male   RACE  Black

HT  71  in.   WT  139  lb   TECH  SHERRY, WILLIAM

DATE  8/29/2021   TIME 7⊘:5Q
AUTOPSY STATION _____ 2

LIVOR

RIGOR

WEARING

ACCOMPANYING

RADIOGRAPHS

H/N

VP

JE

E

*Handwritten annotations on body diagrams (partially legible):*
- multiple holes / perforation
- ext
- deform fx (open)
- ext. (x2)
- ext
- x/fx
- el. tube
- holding bags
- bandage
- metal rod in R femur w/plate
- bullets; back right buttock
- left hip
- L lat thigh x4
- fx R tibia
- multiple frags / metal right knee/below
- jagged in cranial cavity
- ext / calf

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF Vibron Lloyd | COURT CASE NUMBER |
|---|---|
| DEFENDANT Maywood Police Department | TYPE OF PROCESS |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Maywood Police Department 708-450-4470

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

125 South Fifth Avenue Maywood, IL 60153

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Vibron Lloyd B75061
Illinois River C C
P.O. Box 999
Canton, IL 61520

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold

Fold

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT

| | TELEPHONE NUMBER | DATE |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|
| Address (*complete only different than shown above*) | | Date / Time / ☐ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

# PROCESS RECEIPT AND RETURN

See *"Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF Vibron Lloyd | COURT CASE NUMBER |
| DEFENDANT The Village of Maywood | TYPE OF PROCESS |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT** { The Village of Maywood

ADDRESS *(Street or R.D. Apartment No., City, State and ZIP Code)*

40 Madison Street Maywood, IL 60153

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Vibron Lloyd B75061<br>Illinois River C.C<br>P.O. Box 999<br>Canton, IL 61520 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                                                                                                    Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served . ☐ have legal evidence of service. ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|
| Address *(complete only if different than shown above)* | | Date | Time | ☐ am<br>☐ pm |
| | | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

## U.S. Department of Justice
### United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF Vibron Lloyd | COURT CASE NUMBER |
| DEFENDANT Brandon Hawkins Star #310 | TYPE OF PROCESS |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT** Brandon Hawkins Star #310 Maywood Police Department

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

125 South Fifth Avenue Maywood, IL 60153 708-450-4470

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Vibron Lloyd B75061<br>Illinois River CC<br>P.O. Box 999<br>Canton, IL 61520 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                    Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

# PROCESS RECEIPT AND RETURN

See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF Vibron Lloyd | COURT CASE NUMBER |
|---|---|
| DEFENDANT Athony Saraceno Star#289 | TYPE OF PROCESS |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**

Athony Saraceno Star #289 Maywood police Department

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

125 South FiFth Avenue Maywood, IL 60153 708-450-4470

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Vibron Lloyd 875001 Illinois River C.C P.O. Box999 Conton, IL 61520 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses,* *All Telephone Numbers, and Estimated Times Available for Service*):

Fold

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date / Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF Vibron Lloyd | COURT CASE NUMBER |
| DEFENDANT Jason Smith Star#309 | TYPE OF PROCESS |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT** Jason Smith Star# 309 Maywood police Department

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

125 South Fifth Avenue Maywood, IL 60153 708-480-4470

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Vibron Lloyd B75061
Illinois River CC
P.O. Box 999
Canton, IL 61520

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                                                                                           Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual . company, corporation. etc.. at the address shown above on the on the individual . company, corporation. etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|
| Address *(complete only different than shown above)* | Date | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

**PRINT 5 COPIES:** 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

# PROCESS RECEIPT AND RETURN

See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF Vibron Lloyd | COURT CASE NUMBER |
|---|---|
| DEFENDANT Ilir Shemittraku Star# 314 | TYPE OF PROCESS |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT** { Ilir Shemittraku Star#314 Maywood police Department

ADDRESS (Street or RFD. Apartment No., City, State and ZIP Code)

125 South Fifth Avenue, Maywood, IL 60153 708-450-4470

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Vibron Lloyd 875001<br>Illinois River C.c<br>P.O. Box 999<br>Canton, IL 61520 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                             Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service. ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation. etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:** 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

## U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF Vibron Lloyd | COURT CASE NUMBER |
| DEFENDANT Christopher fuqua Star # 323 | TYPE OF PROCESS |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT** { Christopher fuqua Star #323 Maywood police Department

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

125 South Fifth Avenue Maywood, IL 60153 708-450-4470

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Vibron Lloyd B75061
Illinois River C.C
P.O. Box 999
Canton, IL 61520

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                     Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

# SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES: 
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF Vibron Lloyd | COURT CASE NUMBER |
|---|---|
| DEFENDANT Donna Herrera #324 Star | TYPE OF PROCESS |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT** { Donna Herrera Star #324 Maywood Police Department

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

125 South Fifth Avenue, Maywood, IL 60153  708-450-4470

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Vibron Lloyd B75061<br>Illinois River C.C<br>P.O. Box 999<br>Canton, IL 61520 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                                          Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF Vibron Lloyd | COURT CASE NUMBER |
|---|---|
| DEFENDANT Nathaniel Gorge Booker | TYPE OF PROCESS |

**NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN**

**SERVE AT** { Nathaniel Gorge Booker Mayor OF Village OF Maywood, IL

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
125 South Fifth Avenue Maywood, IL 60153 (708-450-4470

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Vibron Lloyd B75061<br>Illinois River CC<br>P.O. Box999<br>Canton, IL 61520 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                                                                                     Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc, shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES:  1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
   if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80